IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**EMMER HAMMOND**                                                                 **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.: 3:05cv632HTW-JCS**

**UNUM PROVIDENT CORPORATION**                                       **DEFENDANT**

## AGREED ORDER

The Plaintiff identified Unum Provident Corporation as the Defendant in this Action. In its Answer, the Defendant stated the proper name for the Defendant is Unum Life Insurance Company of America. The parties have agreed to substitute Unum Life Insurance Company of America for Unum Provident Corporation as the proper corporate Defendant in this matter without the need to re-serve said Defendant. The Court, being fully advised in the premises, finds that the Plaintiff shall be allowed to substitute the proper name for the Defendant from this point forward.

IT IS THEREFORE ORDERED AND ADJUDGED THAT Unum Life Insurance Company of America is substituted for Unum Provident Corporation as the proper corporate Defendant in this matter and the Plaintiff is not required to re-serve said Defendant in this matter.

_____    3-13-06
MAGISTRATE JUDGE

Agreed to:

_____
Bradley M. Glaze, Esq.
Attorney for Defendant

_____
Eric T. Hamer, Esq.
Attorney for Plaintiff