IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EMMER HAMMOND                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:05cv632HTW-LRA

UNUM LIFE INSURANCE COMPANY OF AMERICA                              DEFENDANT

## FINAL JUDGMENT

Before this court are the motions of the parties for summary judgment. After consideration of the motions, evidence offered in support of the motions, and the memoranda of the parties, the court finds that the motion of the defendant is well taken and should be granted. The Memorandum Opinion and Order entered by this court on March 31, 2008, is incorporated by reference. For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendant and against the plaintiff and that the defendant should be awarded its costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 31st day of March, 2008.**

                                        s/ HENRY T. WINGATE
                                        _____
                                        **CHIEF UNITED STATES DISTRICT JUDGE**